FILED

July 23, 2010

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002801244

**1**

**MARK D. BRADFORD, Bar No. 135538**
**LAW OFFICES OF MARK D. BRADFORD**
**PO BOX 2365**
**WEST SACRAMENTO, CA 95691**
**(916)551-1555**

**ATTORNEY FOR DEBTOR[S]**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In Re:** | **Case No: 10-35809-A-7**<br>**DC No. MDB-1** |
| **VARDAN KARAGYEZYAN** | **AMENDED MOTION TO COMPEL** |
| **(Amended as to the highlighted info)** | **ABANDONMENT OF PROPERTY OF THE ESTATE 11 USC 554** |
| _____**Debtor**_____/ | **Date: August 23, 2010**<br>**Time: 9:00 a.m.**<br>**Judge: MCMANUS**<br>**Dept: A, Rm 28, 7th Flr.** |

Debtor moves the Court as follows:

1.    Debtor is self-employed doing business as New Life Shoe Repair, a sole proprietorship.

2.    Debtor Scheduled business assets and claimed them exempt.

3.    Debtor's business activities are licensed and insured.

4.    More details are provided by Debtor's Declaration and Exhibits Thereto.

5.    Debtor's business is burdensome to the estate and his business assets are of inconsequential value and benefit to the estate.

**Wherefore**, Debtor(s) Pray:

1.      That the Court compel the Trustee to abandon Debtor's business and business assets from the bankruptcy estate.

2.      For other relief the Court deems just and proper.

Dated:  July 23, 2010           Law Offices of Mark D. Bradford

By: /s/_____
    Mark D. Bradford, Attorney at Law