FILED
August 26, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002882213

MARK D. BRADFORD, Bar No. 135538
LAW OFFICES OF MARK D. BRADFORD
PO BOX 2365
WEST SACRAMENTO, CA 95691
(916)551-1555

ATTORNEY FOR DEBTOR[S]

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In Re:

VARDAN KARAGYEZYAN

_____Debtor_____/

Case No: 10-35809-A-7
DC No. MDB-2

MOTION TO COMPEL
ABANDONMENT OF
PROPERTY OF THE ESTATE
11 USC 554

Date: October 4, 2010
Time: 9:00 a.m.
Judge: McManus
Dept: A, Rm 28, 7th Flr.

Debtor moves the Court as follows:

1. Debtor is self-employed doing business as New Life Shoe Repair, a sole proprietorship.

2. Debtor Scheduled business assets and claimed them exempt.

3. Debtor's business activities are licensed and insured.

4. More details are provided by Debtor's Declaration and Exhibits Thereto.

5. Debtor's business is burdensome to the estate and his business assets are of inconsequential value and benefit to the estate.

**Wherefore**, Debtor(s) Pray:

1. That the Court compel the Trustee to abandon Debtor's business and business assets from the bankruptcy estate.

2. For other relief the Court deems just and proper.

Dated: August 23, 2010                Law Offices of Mark D. Bradford

                                      By: /s/_____
                                      Mark D. Bradford, Attorney at Law